```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06491
    ALESIA R EDDLEMAN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-0458


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/11/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ALL FINANCIAL SERVICES    UNSECURED         NOT FILED           .00           .00
AMERICAS RECOVERY NETWOR  UNSECURED         NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            775.65           .00           .00
CERTEGY PAYMENT RECOVERY  UNSECURED         NOT FILED           .00           .00
CERTEGY PAYMENT RECOVERY  NOTICE ONLY       NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED           2545.33           .00           .00
COMCAST                   UNSECURED         NOT FILED           .00           .00
COOK COUNTY STATES ATTY   UNSECURED         NOT FILED           .00           .00
CREDIT ONE BANK           UNSECURED         NOT FILED           .00           .00
FIRST NATIONAL BANK OF M  UNSECURED         NOT FILED           .00           .00
FIRST PREMIER BANK        UNSECURED         NOT FILED           .00           .00
LELAND SCOTT & ASSOC      UNSECURED         NOT FILED           .00           .00
LELAND SCOTT & ASSOC      UNSECURED         NOT FILED           .00           .00
MEDICAL COLLECTIONS SYST  UNSECURED         NOT FILED           .00           .00
NATIONAL QUICK CASH       UNSECURED         NOT FILED           .00           .00
INSTANT CASH ADVANCE      UNSECURED         NOT FILED           .00           .00
OVERLAND BOND & INVESTME  UNSECURED         NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED            676.85           .00           .00
THE RECOVERY SERVICES     UNSECURED         NOT FILED           .00           .00
US CELLULAR               NOTICE ONLY       NOT FILED           .00           .00
US BANK                   UNSECURED            786.23           .00           .00
VENGROFF & WILLIAMS ASSO  UNSECURED         NOT FILED           .00           .00
VENGROFF WILLIAMS & ASSO  NOTICE ONLY       NOT FILED           .00           .00
WEST ASSET MANAGEMENT     UNSECURED         NOT FILED           .00           .00
WOMENS WORKOUT WORLD      UNSECURED         NOT FILED           .00           .00
LELAND SCOTT & ASSOC      NOTICE ONLY       NOT FILED           .00           .00
GLEASON & GLEASON LLC     DEBTOR ATTY         2,500.00                       928.13
TOM VAUGHN                TRUSTEE                                             71.87
DEBTOR REFUND             REFUND                                                .00

    Summary of Receipts and Disbursements:

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06491 ALESIA R EDDLEMAN
```

```
-------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   1,000.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     928.13
TRUSTEE COMPENSATION                                71.87
DEBTOR REFUND                                         .00
                        ---------------        ---------------
TOTALS                    1,000.00              1,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 09/25/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 06491 ALESIA R EDDLEMAN